UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
_____
                                :
DARNELL DOYLE,                  :
                                :   Civil Action No. 13-5284 (RMB)
            Petitioner,         :
                                :
       v.                       :            ORDER
                                :
UNITED STATES OF AMERICA,       :
                                :
            Respondent.         :
_____ :
```

For the reasons expressed in the Memorandum Opinion filed herewith,

IT IS on this **3rd** day of **October 2013**,

**ORDERED** that the petition, Docket Entries Nos. 1 and 1-1, is denied; and it is further

**ORDERED** that no certificate of appealability shall issue; and it is further

**ORDERED** that the Clerk shall administratively terminate this matter by making a new and separate entry on the docket reading, "CIVIL CASE TERMINATED"; and it is further

**ORDERED** that, in the event Petitioner has bona fide belief that his motion is timely in light of the guidance provided to him in the Memorandum Opinion filed herewith, Petitioner shall file, within sixty days from the date of entry of this Order, a written statement detailing the basis for Petitioner's position; and it is further

**ORDERED** that the Court retains jurisdiction over this matter for 180 days; and it is further

**ORDERED** that the Clerk shall serve this Order and Memorandum Opinion filed herewith upon Petitioner by regular U.S. mail; and it is finally

**ORDERED** that the Clerk shall serve this Order and Memorandum Opinion filed herewith upon Sharon E. Ashe, Esq.  Such service shall be executed by means of electronic delivery and addressed to sharon.ashe@usdoj.gov, with the "subject" line of the message reading, "APPEARANCE BY U.S. ATTORNEY REQUIRED," and the body of the message reading, "AN ASSISTANT UNITED STATES ATTORNEY SHALL MAKE APPEARANCE IN THE MATTER ADDRESSED IN THE ORDER AND OPINION ATTACHED HERETO; SUCH APPEARANCE SHALL BE MADE WITHIN FIVE BUSINESS DAYS FROM THE DATE OF ENTRY OF THE ATTACHED ORDER FOR THE NOTICE PURPOSES ONLY."

                                          s/Renée Marie Bumb
                                          **RENÉE MARIE BUMB**
                                          UNITED STATES DISTRICT JUDGE